958 A.2d 458

IN THE MATTER OF MATTHEW A. MARINO, AN ATTORNEY
AT LAW (ATTORNEY NO. 022961988).

October 2, 2008.

## ORDER

**MATTHEW A. MARINO,** formerly of **PARSIPPANY,** who was admitted to the bar of this State in 1988, having entered a plea of guilty in the United States District Court for the Southern District of New York to a one-count information charging him with misprision of a felony in violation of 18 *U.S.C.* § 4, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **MATTHEW A. MARINO** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **MATTHEW A. MARINO** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **MATTHEW A. MARINO** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.